Roxanne G. FONTENOT,
Plaintiff–Appellant,

v.

Christopher E. BUUS;
et al, Defendants,

Davidson, Inc.; Jeld–Wen, Inc.,
Defendants–Appellees.

No. 04–30850.

United States Court of Appeals,
Fifth Circuit.

Decided May 24, 2005.

James B. Doyle, Doyle & Hawkins, Lake Charles, LA, for Roxanne G. Fontenot.

Scott James Scofield, Scofield, Gerard, Veron, Singletary & Pohorelsky, Lake Charles, LA, for Davidson Inc. and Jeld–Wen Inc.

Before HIGGINBOTHAM, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5th CIR. R. 47.6.

---

\* Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.